IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Danah Arrington,<br>      Plaintiff,<br><br>     v.<br><br>Willow Terrace and RC Operator, LLC,<br>      Defendants. | CIVIL ACTION<br><br>NO. 16-2599 |

## O R D E R

**AND NOW**, this 7th day of October 2016, after review of Plaintiff's Complaint (ECF 1), Defendant's Motion to Dismiss (ECF 8), Plaintiff's Response (ECF 9), and Defendant's Reply (ECF 10), and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion to Dismiss (ECF 8) is **GRANTED WITHOUT PREJUDICE**. Plaintiff shall file an amended complaint within 21 days of the date of this Order.

                              **BY THE COURT:**

                              **/s/ Michael M. Baylson**
                              **MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 16\16-2599 Arrington v Willow Terrace\Order Granting Motion to Dismiss.docx